# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144875

BETH HOFFMAN, Personal Representative
of the Estate of EDGAR BROWN, Deceased,
        Plaintiff-Appellee,

v

DR. PETER BARRETT,
        Defendant-Appellant.

SC: 144875
COA: 289011
Calhoun CC: 2003-003576-NH

_____/

On January 10, 2013, the Court heard oral argument on the application for leave to appeal the March 8, 2012 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

YOUNG, C.J., and MARKMAN and ZAHRA, JJ., would reverse the judgment of the Court of Appeals.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013

_____
Clerk

d0115